**STATE of Missouri, Respondent,**

v.

**Ronald PAULY, Appellant.**

**No. WD 53910.**

Missouri Court of Appeals, Western District.

Jan. 20, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

## *ORDER*

PER CURIAM.

Appellant was jury convicted of second degree burglary, § 569.170, RSMo 1994. He raises two points asking for plain error review in the prosecutor's opening statement and closing argument. Judgment affirmed. Rule 30.25(b).